John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101

Telephone: (626) 449-8300
Facsimile: (626) 449-4417
Email: jb@johnburtonlaw.com

Attorneys for Plaintiff Charles Allen


FILED
CLERK, U.S. DISTRICT COURT

JUL 1 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY ✓ DEPUTY

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MANHATTAN BEACH, MANHATTAN BEACH POLICE DEPARTMENT, SERGEANT TOBIAS, OFFICERS MICHAEL ROSENBERGER, VARGAS, WALKER, BRIAN BROWN and CROSSETT, RONALD BURKLE, FRANK RENZI, and DOES 1 to 10,<br><br>Defendants. | Case No. CV 06-3354 SJO (JTLx)<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION BY PLAINTIFF<br><br>(Fed. R. Civ. P. 41(a)(1)(i)) |

PLEASE TAKE NOTICE that plaintiff voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(i) in its entirety, with prejudice as to defendants City of Manhattan Beach, Manhattan Beach Police Department, Sergeant Tobias, Officers Michael Rosenberger, Vargas, Walker, Brian Brown and Crossett, and without prejudice as to defendants Ronald Burkle, Frank Renzi, and Does 1 to 10.

THE LAW OFFICES OF JOHN BURTON

By _____
John Burton
Attorneys for Plaintiff

DATED: July 7, 2006

- 1 -


DOCKETED ON CM
JUL 1 2 2006
BY

# PROOF OF SERVICE

**STATE OF CALIFORNIA; COUNTY OF LOS ANGELES**

I, Brooke Moyer, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, California 91210-1219.

On July 11, 2006, I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION BY PLAINTIFF** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

John Burton, Esq.                                    Attorney for Plaintiff
The Law Offices of John Burton
414 South Marengo Avenue
Pasadena, CA 91101

**BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 11, 2006, at Glendale, California.

_____
Declarant

2